# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158061 & (38)

FORD MOTOR COMPANY,
      Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.
_____/

SC: 158061
COA: 338784
Ct of Claims: 16-000042-MT

      On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. The motion to file a response to the amicus brief is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2018



Clerk